BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

WILLIAM J. GULLOTTA (CTBN 423420)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    William.Gullotta@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 17-00164 JST |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM MAY 5, 2017 TO JUNE 23, 2017 |
| MARCUS L. JONES, | |
| Defendant. | |

Plaintiff United States of America and defendant Marcus L. Jones, by and through their respective counsel of record, hereby stipulate as follows:

1. On May 5, 2017, the parties appeared before the Court for the first District Court appearance in this case. Pursuant to the parties' request, the Court set the matter for a further status hearing on June 23, 2017.

2. The parties jointly stipulated to exclude the time between May 5, 2017, and June 23, 2017, from the time in which the defendant must be brought to trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*. The government produced discovery in this case on May 5, 2017, and the defense requires time to review the discovery and discuss the case with Mr. Jones, as well as participate in

STIPULATION AND [PROPOSED] ORDER
CR 17-00164 JST

potential plea negotiations with the government.  Therefore, the parties agree that the time period from May 5, 2017, through June 23, 2017, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv) on the basis that the ends of justice served by the continuance outweigh the best interests of the public and defendant in a speedy trial, and failing to exclude this time would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS SO STIPULATED.

Dated: May 9, 2017

BRIAN J. STRETCH
United States Attorney

/s/ *William J. Gullotta*
WILLIAM J. GULLOTTA
Assistant United States Attorney

Dated: May 9, 2017

/s/ *William A. Welch*
WILLIAM A. WELCH
Attorney for Defendant Adam Abrams

STIPULATION AND [PROPOSED] ORDER
CR 17-00164 JST

# **ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time between from May 5, 2017, through June 23, 2017 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from May 5, 2017, through June 23, 2017 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, **IT IS HEREBY ORDERED** that the matter is set before this Court on June 23, 2017 at 1:00 p.m. for a status hearing, and that the time from May 5, 2017, through June 23, 2017 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: May 11, 2017

THE HONORABLE JON S. TIGAR
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER
CR 17-00164 JST